# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Craftwood Lumber Company, an Illinois corporation, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CMT USA, Inc., a North Carolina corporation,<br><br>      Defendant. | Case No. 1:14-cv-6864<br><br>**Class Action**<br><br>**Judge Ronald A. Guzman** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Craftwood Lumber Company hereby gives notice that the above captioned action is voluntarily dismissed without prejudice.

Dated: November 4, 2014

                                                    s/ Scott Zimmermann
                                                    Scott Zimmermann
                                                    szimm@zckc.com
                                                    601 S. Figueroa St.
                                                    Suite 2610
                                                    Los Angeles, CA 90017
                                                    (213) 452-6509

                                                    One of the Attorneys for Plaintiff
                                                    Craftwood Lumber Company

4822-3867-8816.3

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 4th day of November 2014, a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was electronically filed with the Clerk of the Court through the CM/ECF system which will send a notice of electronic filing to all counsel of record who are registered for ECF as of this date.

/s/ Eric M. Kennedy
Eric M. Kennedy
PAYNE & FEARS LLP
801 South Figueroa Street
Los Angeles, CA 90017
(213) 236-9102
emk@paynefears.com

One of the Attorneys for Plaintiff
Craftwood Lumber Company